```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

  UNION MUTUAL FIRE INSURANCE COMPANY,

                  Plaintiff,            MEMORANDUM & ORDER
                                        22-CV-7417(EK)(CLP)
            -against-

  JULIO CHAUCA and ESTHER RODRIGUEZ,

                  Defendants.

-------------------------------------x
```

ERIC KOMITEE, United States District Judge:

      The Court has received Magistrate Judge Pollak's Report and Recommendation (R&R) dated February 26, 2024.  ECF No. 22.  Judge Pollak recommends that plaintiff's motion for default judgment be denied without prejudice.  Neither party has filed objections and the time to do so has expired.  Accordingly, the Court reviews Judge Pollak's recommendation for clear error on the face of the record.  *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord* S*tate Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).  Having reviewed the record, I find no error and therefore adopt the R&R in its entirety.  Thus, plaintiff's motion for default judgment is denied without prejudice.

    SO ORDERED.

                         /s/ Eric Komitee
                         ERIC KOMITEE
                         United States District Judge

Dated:     March 25, 2024
            Brooklyn, New York